**Name:** **Melody Gayle Mount**
**Address:** 1719 East Yukon Drive, Phoenix, AZ 88024
**Phone:** 623) 594-0754

FILED

2009 SEP -4 AM 9: 36

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter ____ Seven (7) ____ |
| | ) | |
| Melody Gayle Mount | ) | |
| | ) | Case No. ____ **09-18388** ____ |
| | ) | |
| _____ Debtor _____ | ) | |

## EMERGENCY MOTION

## Reinstate Bankruptcy Petition (Chapter 7) and Obtain a stay

 The Debtor respectfully requests that the court reinstate the bankruptcy petition, chapter 7, filed on August 4, 2009. Although the debtor failed to file the Master mailing list and other declarations on or before August 15, 2009 it was not an act of bad faith. The Debtor petitioner had several extreme family emergencies, completely outside of her control. Debtors Father passed away and the family attended to the funeral and burial and one week after the Debtor's mother had an accident and broke both of her wrists leaving her virtually unable to  care for her self.

Debtor has also prepared and  filed with this motion the master mailing list, Schedule A - J and summary, Statement of financial affairs, Individual debtors statement of current income and declaration of evidence of employer' payments within 60 days.  The debtor shall also pay the full filing fees as ordered by the court upon dismissal before any reinstatement would be considered.

Debtor also requested that the 30 day automatic stay be ordered enabling the debtor to continue with her efforts to marketed and . The debtor found it necessary to file for Bankruptcy after an employer of over six years failed to compensate her for her commission earnings.  The debtors was forced to retain legal counsel and file a civil complainant to recover the unpaid commissions.  Debtors legal counsel has been authorized to enter a counter offer negations are currently in progress.

To demonstrate to the court the Debtors desire and willingness to follow through with the required court procedures the debtor has prepared and filed with the court all of the required legal documents to insure timely filing of the case.  Debtor has also attached a copy of the most recent settlement offer from her legal counsel and  documentation of her fathers recent death.

*Melody G. Mount*          9/3/2009